UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HELFRICH, D.C., et al., Plaintiffs, v. JAMES PUNGHORST, D.C., et al., Defendants. | Case No.: 25-cv-224-JLS-MMP |

**ORDER:**

1. **AFFIRMING THE COURT'S SEPTEMBER 4, 2026 TENTATIVE RULINGS;**
2. **FINDING DEFENDANTS VIOLATED THE COURT'S JUNE 9, 2026 ORDER; AND**
3. **GRANTING PLAINTIFF'S MOTION FOR MONETARY SANCTIONS**

[ECF No. 63]

Before the Court is Plaintiff Jason Helfrich, D.C.'s ("Plaintiff") Motion for Monetary Sanctions and Evidentiary Sanctions against pro se Defendants James Punghorst, D.C. and Sharlene Swanberg, D.C. ("Defendants"). ECF No. 63. Plaintiff requests three forms of relief:

(1) Finding Defendants violated the Court's June 9, 2026 Order;

(2) Precluding Defendants from using in motion practice or at trial any document, witness, factual contention, or other evidence responsive to Plaintiff's First Set of Interrogatories or First Set of Requests for Production that was not disclosed or produced by the court-ordered deadline, including

> evidence supporting Defendants' affirmative defenses, or alternatively requiring full compliance within seven days and precluding the use of any responsive information or documents not disclosed by that further deadline
> (3) Imposing monetary sanctions under Federal Rule of Civil Procedure 37(b)(2)(C), jointly and severally against Defendants James Punghorst, D.C. and Sharlene Swanberg, D.C., in the amount of $2,362.50.

ECF No. 63 at 4 (citation modified). The Court set a briefing schedule, requiring Defendants to file a response by August 21, 2026. ECF No. 66 ¶ 1. Defendants did not file an opposition, in violation of the Court's order. *See* ECF Nos. 66, 67.

On September 4, 2026, the Court set a hearing on Plaintiff's pending motion, ECF No. 63, and specifically ordered Defendants James Punghorst and Sharlene Swanberg to appear in person. ECF No. 68 at 2. In anticipation of the hearing, the Court provided its tentative rulings (i) tentatively finding Defendants James Punghorst and Sharlene Swanberg violated the Court's June 9, 2026 Order in violation of Federal Rule of Civil Procedure ("Rule") 37(b)(2)(A); (ii) tentatively granting Plaintiff's motion for monetary sanctions to be paid by Defendants to Plaintiff in the amount of $2,362.50 under Rule 37(b)(2)(C); and (iii) deferring ruling on Plaintiff's motion for evidentiary sanctions under Rule 37(b)(2)(A)(ii). *Id.*

The Court held a hearing on September 18, 2026 regarding Plaintiff's motion. ECF No. 69. Plaintiff's counsel appeared remotely. Defendants did not appear. *Id.*

In light of the record before the Court including Defendants' failure to appear or oppose the motion, and for the reasons described in the Court's September 4, 2026 Order, ECF No. 68, the Court **AFFIRMS** its tentative findings and **ORDERS** as follows:

1. The Court **FINDS** Defendants James Punghorst and Sharlene Swanberg violated the Court's June 9, 2026 Order in violation Rule 37(b)(2)(A). The June 9, 2026 Order specifically required Defendants to "fully answer Plaintiff's first set of interrogatories under oath no later than July 8, 2026" and to "produce documents responsive to Plaintiff's first set of requests for production no later than July 8, 2026." ECF No. 58 at 11. Plaintiff represents at the time of the instant motion filing, neither Defendant

"has served interrogatory answers, produced documents, requested an extension, or otherwise explained the failure to obey the Court's Order." ECF No. 63 at 7. The Court has no record of Defendants' complying with its Order. Nor do Defendants refute Plaintiff's assertion.

2. The Court **GRANTS** Plaintiff's motion for monetary sanctions to be paid by Defendants to Plaintiff in the amount of $2,362.50 under Rule 37(b)(2)(C). The Court finds both the hourly rate of $525 and number of hours (4.5 total) reasonable. Accordingly, the Court **ORDERS** Defendants James Punghorst, D.C. and Sharlene Swanberg, D.C. pay $2,362.50 to Davidovich Stone Law Group LLP. Defendants shall send payment to: Davidovich Stone Law Group LLP, c/o Elan N. Stone, Esq., 6442 Coldwater Canyon Avenue, Suite 209, North Hollywood, CA 91606, no later than **October 23, 2026**. Defendants are jointly and severally responsible for the monetary sanctions.

3. The Court **ORDERS** Defendants to file a Declaration of compliance within 48 hours of paying the $2,362.50 monetary sanctions.

4. The Court **ORDERS** Plaintiff's counsel file a Declaration which informs the Court whether counsel has received the $2,362.50 sanctions no later than **October 30, 2026**.

5. The Court's deferral on Plaintiff's motion for evidentiary sanctions remains in place.

The Court will issue an Order to Show Cause regarding Defendants' failure to appear at the September 18, 2026 Hearing by separate order.

**IT IS SO ORDERED.**

Dated: September 25, 2026

Michelle M. Pettit

HON. MICHELLE M. PETTIT
United States Magistrate Judge